# HAUSFELD

May 1, 2024

33 Whitehall Street
14th Floor
New York, NY 10004

**VIA ECF**

**RENNER K. WALKER**
**OF COUNSEL**

Clerk of Court
United States District Court of New Jersey
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, NJ 08608-1507

E  rwalker@hausfeld.com
T  +1 646 357 1100
DD  +1 646 362 3075

Re: **Attorney General of New Jersey et al. v. The Dow Chemical Co. et al.,**
**Case No.: 3:23-cv-02449**

Dear Clerk of Court:

On behalf of Plaintiffs the Attorney General of the State of New Jersey, the New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, the Administrator of the New Jersey Spill Compensation Fund, and the Acting Director of the New Jersey Division of Consumer Affairs ("Plaintiffs"), we write regarding the Motion to Stay Execution of Remand Order Pending Appeal ("Motion") filed by Defendants the Dow Chemical Company, Vibrantz Corporation f/k/a Ferro Corporation, and Legacy Vulcan, LLC f/k/a Vulcan Materials Company ("Defendants"). [See Dkt. No. 93.]

Plaintiffs respectfully invoke the provision of Local Civil Rule 7.1(d)(5) to adjourn the motion day for Defendants' Motion. The originally noticed motion day (May 20, 2024) has not been previously extended or adjourned, and Plaintiffs' opposition papers are not yet due under the deadlines for a May 20 motion day. According to the Clerk's current list of motion days for 2024, the next available motion day is June 3, 2024.

Respectfully submitted,

*/s/ Renner K. Walker*
Renner K. Walker

Cc: All counsel of record (via ECF)

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC